# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,                  **ORDER**

    -against-                               19 CR 700 (VB)

JASON BOGAN,

                       Defendant.
---------------------------------------------------------X

TO ALL PARTIES:

    The Court has received a request for a Bail Hearing in this matter. Defendant's counsel is ordered to submit a letter in support of the bail application at least 24 hours ahead of any scheduled bail hearing. The Government's counsel is ordered to submit a letter in opposition to the bail application at least 12 hours before the scheduled hearing.

Dated:  April 7, 2020
          White Plains, New York

SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.