UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA  :
           :  **ORDER**
v.           :
           :  19 CR 700-03 (VB)
JASON BOGAN,      :
       Defendant. :
-------------------------------------------------------x

   By letter dated April 21, 2020 (Doc. #82), defendant Jason Bogan is seeking review of the detention order issued by the magistrate judge on April 9, 2020.  See 18 U.S.C. § 3145(b).

   Accordingly:

   1.  The Court will conduct a bail review hearing by telephone conference call on Tuesday, April 28, 2020, at 2:00 p.m.

   2.  By no later than Friday, April 24, 2020, defense counsel shall advise the Court in writing whether his client will waive his appearance at the bail hearing altogether, or whether he will attend the hearing by telephone.

   3.  The government shall obtain and submit to the Court as soon as possible (and in any event no later than Monday April 27, 2020) a transcript of the detention hearing held on April 9, 2020.

   4.  By 12:00 noon on Monday April 27, 2020, the government shall file a response to defense counsel's letter.

   5.  If the defendant will be appearing by telephone, the parties shall arrange with the Westchester County Jail for defendant's appearance by telephone.

   **At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:**

   **Dial-In Number**:  **(888) 363-4749 (toll free) or (215) 446-3662**

   **Access Code:**  **1703567**

Dated: April 22, 2020
   White Plains, NY      SO ORDERED:

              _____
              Vincent L. Briccetti
              United States District Judge