**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

July 27, 2020

By ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Wendell Jones as to Jason Bogan
19 Cr 700 (VLB)

Dear Judge Briccetti:

I represent Jason Bogan, a defendant in the above-captioned matter.

Mr. Bogan has requested new counsel. This is not the first time that Mr. Bogan has made this request – although on prior occasions, he has withdrawn his requests for new counsel. This time, Mr. Bogan told me that I should tell the Court he is "serious" in his request for a new attorney.

I respectfully request that the Court scheduled a telephonic conference so that Mr. Bogan's request for a new attorney can be addressed.

Thank you for your attention to these matters.

Respecfully,

/s/

Daniel S. Parker

cc: all parties (by ECF)

---

*Handwritten endorsement:*

A telephone conference is not necessary, in light of the prior conferences the Court has conducted on this issue. By separate order, the Court will relieve Mr. Parker and appoint new counsel for defendant Bogan.

So Ordered.
VB, USDJ
7/28/20