UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA

v.

JASON BOGAN
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

19 CR 700-3 (VB)

      It is hereby ORDERED that Daniel S. Parker, Esq., is relieved as attorney of record for defendant Jason Bogan, with the thanks of the Court, and Steven D. Feldman, Esq., is appointed as defendant Bogan's attorney pursuant to the Criminal Justice Act.

      The next status conference in this case is scheduled for September 16, 2020, at 11:00 a.m., which the Court expects to conduct by telephone conference call, provided defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel. (See Doc. #118).

Dated: July 29, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge