March 31, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

           -v-

Jason Bogan
                          Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 700 (VLB)

Defendant __Jason Bogan__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X   Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Jason Bogan (by VLB)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jason Bogan
Print Defendant's Name

_/s/ Steven D. Feldman_
Defense Counsel's Signature

Steven D. Feldman
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/16/20
Date

_/s/ VLB_
U.S. District Judge/~~U.S. Magistrate Judge~~