March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

         -v-

Jason Bogan
                            Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
~~VIDEO~~ tel CONFERENCE

19 -CR- 700 (VLB)(__)

Defendant __Jason Bogan__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing/teleph~~ telephone conference:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

__X__   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_Jason Bogan (by VB)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jason Bogan
Print Defendant's Name

_/s/ Steven D. Feldman_
Defense Counsel's Signature

Steven D. Feldman
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/23/20
Date

_/s/ VB_
U.S. District Judge/~~U.S. Magistrate Judge~~