UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON BOGAN,

                     *Defendant.*

[~~PROPOSED~~] ORDER

19 Cr. 700 (VB)

Upon the application of Defendant Jason Bogan, the Court hereby finds and orders as follows:

The New York City Department of Education ("DOE") and Peekskill City School District are hereby DIRECTED to produce ALL records relating to Jason Bogan including but not limited to his school records, transcripts, special education or CSE records within 30 days.

The DOE and Peekskill City School District are hereby DIRECTED to send ALL records relating to Jason Bogan to Julie Smyth, LMSW, Smyth Mitigation & Consulting, LLC, julie@smythmitigation.com.

SO ORDERED:

Dated: White Plains, New York
       April __2__ 2021

_____
THE HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE

1