# MURPHY & McGONIGLE
A Professional Corporation

Email: sfeldman@mmlawus.com
Direct: 212.880.3988
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

April 21, 2021

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ *Vincent L. Briccetti*
Vincent L. Briccetti, U.S.D.J.
Dated: 4/21/21
White Plains, NY

Sentencing adjourned to 6/14/21 at 2:45 p.m. Defendant's sentencing submission due 6/1/21. Government's submission due 6/8/21

**Via ECF**

The Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: United States v. Jones et al., 19 Cr. 700 (VB)

Dear Judge Briccetti:

We are counsel for defendant Jason Bogan in the above referenced matter. Mr. Bogan is currently scheduled for sentencing on May 5, 2021. Because of delays getting access to Mr. Bogan for his PSR interview when he was moved from Westchester County Jail to Orange County Jail, we only received the final version of the PSR yesterday. Our sentencing submission is due in two days on April 23, 2021. We require additional time to consult with Mr. Bogan concerning the final PSR before submitting our sentencing letter. We are also continuing to analyze Mr. Bogan's educational records recently obtained from the New York City Department of Education and Peekskill educational authorities.

Accordingly, we respectfully request a one-month adjournment of Mr. Bogan's sentencing until on or about June 7, 2021. This is Mr. Bogan's first request for an adjournment. I communicated with the Government, and it has no objection to this request.

Very truly yours,

s/ Steven D. Feldman

Steven D. Feldman

cc: All Counsel (via ECF)

---

New York    ♦    Virginia    ♦    Washington, D.C.