UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON BOGAN,

                *Defendant.*

**ORDER**

**19 Cr. 700 (VB)**

      Upon the application of Defendant Jason Bogan, the Court hereby finds good cause and orders as follows:

      The Westchester County Department of Probation (the "Probation Department") is hereby DIRECTED to produce ALL records relating to Jason Bogan within 30 days.

      The Probation Department is further DIRECTED to send ALL records relating to Jason Bogan to Julie Smyth, LMSW, Smyth Mitigation & Consulting, LLC, julie@smythmitigation.com.

SO ORDERED:

Dated: White Plains, New York
       April 28 2021

                                              THE HONORABLE VINCENT L. BRICCETTI
                                              UNITED STATES DISTRICT JUDGE